MUNSTER V CITY OF BATTLE CREEK, No. 137542; Court of Appeals No. 284666.
HATHAWAY, J., did not participate.

PEOPLE V PERCY KERN, III, No. 137546; Court of Appeals No. 287029.
HATHAWAY, J., did not participate.

HUGHES V AMR CORPORATION, No. 137547; Court of Appeals No. 284895.
HATHAWAY, J., did not participate.

PEOPLE V REASTER, No. 137550; Court of Appeals No. 286928.
HATHAWAY, J., did not participate.

PEOPLE V VANGEISON, No. 137572. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285983.
HATHAWAY, J., did not participate.

PEOPLE V DALE MARTIN, No. 137585; Court of Appeals No. 287270.
HATHAWAY, J., did not participate.

PEOPLE V CHRISTOPHER WILLIAMS, No. 137586; Court of Appeals No. 278974.
HATHAWAY, J., did not participate.

PEOPLE V CHRISTOPHER CUSHMAN, No. 137600; Court of Appeals No. 279240.
HATHAWAY, J., did not participate.

PEOPLE V CALEB-REYNOLDS, No. 137614; Court of Appeals No. 285793.
HATHAWAY, J., did not participate.

PEOPLE V DANNER, No. 137628; Court of Appeals No. 286283.
HATHAWAY, J., did not participate.

PEOPLE V WILLETT, No. 137639; Court of Appeals No. 277738.
HATHAWAY, J., did not participate.

*Leave to Appeal Denied January 15, 2009:*

RAY V PERKINS, No. 136962; Court of Appeals No. 281591.
KELLY, C.J. (*dissenting*). I believe that the Court should remand this case to the Court of Appeals for consideration as on leave granted, pursuant to MCR 7.302(G)(1). I see no reason why plaintiff's appeal should not be heard on its merits. Plaintiff submitted a copy of the circuit court order as requested by the Court of Appeals. He paid the partial fee that the Court of Appeals required for proceeding with the claim. The Court of Appeals advised the Department of Corrections to remit the balance of the fee that plaintiff owed. Hence, all fees have been paid. Also, plaintiff did everything possible to timely file his claim, including submitting it to the prison mail system three days before it had to be filed with the Court of Appeals.
HATHAWAY, J. I join the statement of Chief Justice KELLY.